TRINOVA CORPORATION, APPELLEE, *v.* PILKINGTON BROTHERS, P.L.C. ET AL.; LIBBEY-OWENS-FORD COMPANY, INC. ET AL., APPELLANTS.

[Cite as *TRINOVA Corp. v. Pilkington Bros., P.L.C.* (1994), 71 Ohio St.3d 1202.]

(No. 92–2240—Submitted October 11, 1994—Decided November 16, 1994.)

*Porter, Wright, Morris & Arthur* and *Richard M. Markus; Cooper, Straub, Walinski & Cramer, Richard S. Walinski* and *Joseph P. Thacker; Hedland, Hanley & John* and *Peter C. John,* for appellee.

*Vorys, Sater, Seymour & Pease, Duke W. Thomas* and *Sandra J. Anderson; Fuller & Henry, Thomas S. Zaremba* and *Sue A. Sikkema,* for appellants.

Defendants-appellants, Libbey–Owens–Ford Company and Pilkington Holdings, Inc., have filed with this court a motion to reconsider our September 14, 1994 decision (reported at 70 Ohio St.3d 271, 638 N.E.2d 572) in the above-captioned matter.

After consideration of appellants' motion, we will treat it as a motion for clarification and grant same to the extent that the first sentence of the third full paragraph appearing at page 277, 638 N.E.2d at 576, should read as follows:

"We are likewise unpersuaded by the argument that LOF was a third-party beneficiary of the contract executed by TRINOVA and Pilkington."

MOYER, C.J., DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.

RESNICK, J., not participating.